IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CARL HOLDER**                                                            **PLAINTIFF**

v.                                                 No. 4:23CV133-JMV

**DEPUTY WARDEN DAKOTA WHITE, ET AL.**                 **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF TO PROVIDE THE
COURT WITH A COPY OF THE RULE VIOLATION REPORT
AT ISSUE IN THE INSTANT CASE**

      This matter comes before the court on the *pro se* prisoner complaint of Carl Holder, who challenges the conditions of his confinement under 42 U.S.C. § 1983. In his complaint, the plaintiff alleges that he was improperly found guilty of a prison rule violation (RVR # 01684301). The plaintiff did not, however, provide the court with a copy of the Rule Violation Report ("RVR") at issue. The court requires a legible copy of the completed RVR, including the punishment imposed, in order to conduct the initial review of the plaintiff's allegations under 42 U.S.C. § 1997e(c). As such, it is **ORDERED** that, within 21 days, the plaintiff provide the court a copy of RVR #01684301 which includes the punishment imposed.

      **SO ORDERED**, this, the 17th day of October, 2023.

                                                                 /s/    Jane M. Virden
                                                                 UNITED STATES MAGISTRATE JUDGE