IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CARL HOLDER**                                                                                               **PLAINTIFF**

**v.**                                   **No. 4:23CV133-JMV**

**DEPUTY WARDEN DAKOTA WHITE, ET AL.**                      **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF, WITHIN 21 DAYS, TO SPECIFY
THE PUNISHMENTS IMPOSED IN RVR #01684301**

On October 17, 2023, the court ordered the plaintiff, to provide a copy of Rule Violation Report #01684301, including the punishment imposed, within 21 days. On November 3, 2023, the plaintiff filed a copy of the Rule Violation Report, as ordered. Unfortunately, the court cannot make out two of the punishments imposed, as the copy on the docket is of poor quality. One of the punishments reads, "60 days loss of all privileges," and another appears to read "loss of earned time." Doc. 14. Another may read "account be frozen," but the text in unclear, and the court cannot read the text of the other punishment, other than the word "Recommend." *Id.*

As such, the plaintiff is **ORDERED** to inform the court within 21 days regarding all punishments he received as a result of RVR #01684301. Failure to timely comply with this order will result in the dismissal of this case without prejudice under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 13th day of November, 2023.

                                                                          /s/ Jane M. Virden
                                                                          UNITED STATES MAGISTRATE JUDGE