IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CARL HOLDER**                                                                            **PLAINTIFF**

v.                                                                                                                           **No. 4:23CV133-JMV**

**DEPUTY WARDEN DAKOTA WHITE, ET AL.**                     **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On November 13, 2023, the court entered an order requiring the plaintiff to inform the court of the punishments he received after being found guilty on Rule Violation Report #01684301. The deadline to do so was December 4, 2023. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has expired. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 14th day of December, 2023.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE